# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| APRIL WOOLFORD, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | Criminal No. 3:19-CR-35-CAR-CHW-8 |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |
| | : | |

## ORDER ON RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation to deny Movant April Woolford's motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. Movant has not objected to the Recommendation, and the time in which to do so has expired. Having considered the Report and Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge.  The Report and Recommendation [Doc. 455] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. As set forth in the Report and Recommendation, because the record fails to support any of Movant's claims for ineffective assistance of counsel, and she cannot show her attorney's

1

performance was deficient or that the outcome of her case was prejudiced because of her attorney's performance, Movant's petition [Doc. 440] is **DENIED**. Additionally, because Movant has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is **DENIED**.

**SO ORDERED,** this 18th day of May, 2022.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
