# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>April Wolford | ) <br> ) Case No: 3:19-CR-00035-008<br> ) <br> ) USM No: 01381-120<br> ) |
| Date of Original Judgment: 10/07/2020<br>Date of Previous Amended Judgment: N/A<br>*(Use Date of Last Amended Judgment if Any)* | ) M. Eric Eberhardt<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2) (Amendment 821)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Amendment 821 to the *United States Sentencing Guidelines*, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___84___ months **is reduced to** ___Time Served___.

April Wolford was originally sentenced on October 6, 2020, to a term of 84 months imprisonment. Her imprisonment is to be followed by three-year term of supervised release. The Court determined that her total offense level was 21 and her criminal history category was VI, which yielded an advisory sentencing range of 77 to 96 months. Her criminal history subtotal was 11. Two additional criminal history points were added for being under a criminal justice sentence when she committed the instant Federal offense. This resulted in 13 criminal history points which yielded a criminal history category VI. Based on retroactive Amendment 821, Part A to the United States Sentencing Guidelines, defendants with seven (7) or more criminal history points receive one point for being under a criminal justice sentence instead of two when she was originally sentenced.

In this case, the defendant does receive an increase of one criminal history point pursuant to the newly created USSG §4A1.1(e), as prior to the application of this guideline, her criminal history subtotal was 11. Therefore, a total of 12 criminal history points would yield a criminal history category V. A total offense level 21 with a criminal history category V, yields an advisory sentencing range of 70 to 87 months.

The government agrees that the defendant is eligible for relief. Therefore, the Court grants the sentence reduction, and the new imprisonment sentence imposed would be reduced by 10 months. This would result in a sentence of Time Served with a release date of February 1, 2024.

Except as otherwise provided, all provisions of the judgment dated ___10/07/2020___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 16 Jan. 2024

Judge's signature: *C. Ashley Royal*

Effective Date: February 1, 2024
*(if different from order date)*

C. Ashley Royal, Senior U.S. District Judge
*Printed name and title*