◎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No.   3:19-CR-00035-008 (CAR) |
| **APRIL WOLFORD** | |

## ORDER

On October 6, 2020, April Wolford was sentenced to the custody of the Bureau of Prisons for a term of 84 months followed by three years of supervised release for the offense of Possession with Intent to Distribute Methamphetamine. Wolford began her term of supervised release on February 1, 2024.

On September 16, 2025, Wolford filed a Motion for Early Termination of Supervised Release. Wolford has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Guide to Judiciary Policy, Volume 8, Part E, as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended she be discharged from supervision.

Respectfully submitted,

*Argelys Medina*

Argelys Medina
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __3__ day of __December__, 2025.

_C. Ashley Royal_
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE